STERLINGTON, PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2022

April 15, 2022

**BY ECF**

The Honorable Analisa Torres
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

> Re: *Nosirrah Management, LLC v. EVmo Inc. et al.*, No. 21-cv-10529 (S.D.N.Y. filed December 9, 2021)
> Letter Motion for Extension of Deadline to Submit Joint Letter and Jointly Proposed Case Management Plan and Scheduling Order

Dear Judge Torres:

We represent Plaintiff Nosirrah Management, LLC in the above-referenced matter. We write to respectfully ask the Court to modify the deadline to submit the parties' joint letter and jointly proposed Case Management Plan and Scheduling Order from April 15, 2022 to June 27, 2022.

Plaintiff filed its complaint in this action on December 9, 2021. (Dkt. 1) On February 10, 2022, Plaintiff filed a Letter Motion for Extension of Time to File Joint Letter and Jointly Proposed Case Management Plan and Scheduling Order from February 14, 2022 to April 15, 2022 so that Plaintiff could effectuate service on Defendants Ramy El-Batrawi and X, LLC (collectively, the El-Batrawi Defendants). (Dkt. 8) The Court granted Plaintiff's motion on February 15, 2022. (Dkt. 12)

On February 28, 2022, Plaintiff filed waivers of service executed by the El-Batrawi Defendants. (Dkt. 17 & 18) The El-Batrawi Defendants must file their respective Answers by April 25, 2022. (Dkt. 17 & 18)

Plaintiff requests that, in the interest of judicial efficiency and to avoid burdening the Court with multiple and potentially inconsistent submissions, the parties be granted a two-month extension to submit their Case Management Plan and Scheduling Order. Defendant EVmo consents to this request.

GRANTED.

SO ORDERED.

Dated: April 15, 2022
       New York, New York

ANALISA TORRES
United States District Judge