UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/4/2022
```

NOSIRRAH MANAGEMENT, LLC,

                          Plaintiff,

          -against-

EVMO, INC., f/k/a YayYo, Inc. and Rideshare
Rental, In.,

                          Nominal Defendant,
          -against-

RAMY EL-BATRAWI, and X, LLC,

                          Defendants.

21 Civ. 10529 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' letters as to Defendants Ramy El-Batrawi and X, LLC's request to file a motion to transfer this action.  ECF Nos. 25, 26.  The request is GRANTED. Accordingly,

  1. By **June 8, 2022**, Defendants shall file their motion;
  2. By **June 29, 2022**, Plaintiff shall file its opposition papers; and
  3. By **July 13, 2022**, Defendant shall file their reply, if any.

        SO ORDERED.

Dated: May 4, 2022
       New York, New York

_____
        ANALISA TORRES
    United States District Judge